Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
Ryan S. Saldanha, Esq.
Nevada Bar No. 14946
rsaldanha@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Marriott International, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM CLAYTON DAVIS and TIFFANY DAVIS, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Foreign Corporation, d/b/a THE STONES HOTEL LEGIAN BALI, AUTOGRAPH COLLECTION; DOES I-XX; inclusive; and ROE CORPORATIONS I-XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01489-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiffs **KIM CLAYTON DAVIS and TIFFANY DAVIS** and Defendant **MARRIOTT INTERNATIONAL, INC.**, by and through their respective attorneys of record, hereby stipulate to extend the time within which Defendant **MARRIOTT INTERNATIONAL, INC.** may respond to Plaintiff's Complaint, as follows;

WHEREAS Defendant **MARRIOTT INTERNATIONAL, INC.** is presently required to respond to Plaintiffs' Complaint on or before August 17, 2020;

WHEREAS counsel for **MARRIOTT INTERNATIONAL, INC.** is in the process of coordinating with his client on necessary information, but has been slightly delayed due to COVID-19 related limitations on employee availability;

WHEREAS Plaintiffs have agreed that Defendant **MARRIOTT INTERNATIONAL, INC.** may be allowed an additional nine (9) calendar days within which to respond;

WHEREAS an additional nine days for Defendant **MARRIOTT INTERNATIONAL, INC.** to respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by Court order;

WHEREAS this is the first request for an extension of this deadline, and the Court has not granted any previous extensions of the deadline;

NOW, THEREFORE IT IS HEREBY STIPULATED by and between the parties hereto, that Defendant **MARRIOTT INTERNATIONAL, INC.** will respond to Plaintiff's Complaint on or before August 26, 2020.

DATED this 17th day of August, 2020.

| | |
|---|---|
| */s/ Ash Marie Ganier* | */s/ Howard J. Russell* |
| Ash Marie Ganier, Esq. | Howard J. Russell, Esq. |
| Taelor S. Evans, Esq. | WEINBERG, WHEELER, HUDGINS, |
| Mainor Wirth, LLP | GUNN & DIAL, LLC |
| 6018 S. Fort Apache Road, Suite 150 | 6385 S. Rainbow Blvd., Suite 400 |
| Las Vegas, NV 89148 | Las Vegas, NV 89118 |
| Taelor@mwinjury.com | hrussell@wwhgd.com |
| Ash@mhinjury.com | |
| | *Attorney for Defendant Marriott* |
| *Attorney for Plaintiff* | *International, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 17, 2020